**ASPEX EYEWEAR, INC.,**
Plaintiff–Appellant,

v.

**REVOLUTION EYEWEAR, INC.,**
Defendant–Cross Appellant.

No. 01–1572, 01–1580, 01–1590.

United States Court of Appeals,
Federal Circuit.

July 15, 2002.

Before RADER, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
GAJARSA, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.